# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0996. COUNTS v. THE STATE.**

The appeal of the above-referenced case was docketed on December 29, 2017, and the appellant was notified that his enumerations of error and brief were due within 20 days of docketing (*i.e.,* by January 17, 2018). As of the date of this order, appellant had failed to file his enumerations of error and brief and had not moved for an extension of time in which to file. Thus, this appeal is ***DISMISSED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*